144 A.3d 705

JOHNSON, Michael M.

v.

STATE of Maryland

Pet. Docket No. 275, Sept. Term, 2016

Court of Appeals of Maryland.

August 19, 2016

Petition for writ of certiorari granted.

■

144 A.3d 705

ROBINSON, Jermaul Rondell

v.

STATE of Maryland

Pet. Docket No. 197, Sept. Term, 2016

Court of Appeals of Maryland.

August 19, 2016

Petition for writ of certiorari granted.